UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-cv-146-RJC

| | |
|---|---|
| MARVIN W. WALLOPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUTCH JACKSON, Adm'r, )<br>Nash Correctional Institution. )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**ORDER**

**THIS MATTER** is before the Court on its own motion. Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1). The matter was initially filed in the Middle District and transferred to this district on the ground that Petitioner was convicted and sentenced in Iredell County state court. Based on a review of the documents transferred by the Clerk of Court, there appears to be no indication that the necessary filing fee has been paid by the Petitioner or that a motion to proceed without prepayment of fees or costs has been executed and filed with the Clerk.

Pursuant to 28 U.S.C. § 1914(a), a petitioner must remit a $5 filing fee to the Clerk of Court along with the application for writ of habeas corpus. If Petitioner does not have the $5 filing fee then he may fill out an application to proceed without prepayment of fees and return the application to the Clerk of Court for the Western District.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner shall remit the $5 filing fee to the Clerk of Court within 30 days from entry of this Order.

2. If Petitioner does not have the funds to pay the $5 filing fee then Petitioner shall return a fully executed application to proceed without prepayment fees, executed under penalty of perjury, to the Clerk of Court within 30 days from entry of this Order.

<u>Petitioner is warned that failure to remit the $5 filing fee or to return a properly executed application to proceed without prepayment or fees within 30 days from entry of this Order will result in the dismissal of his Section 2254 petition.</u>

The Clerk of Court is directed to send a copy of an application to proceed without prepayment of fees or costs to the Petitioner along with the a copy of this Order.

**IT IS SO ORDERED**.

Signed: September 30, 2012

Robert J. Conrad, Jr.
Chief United States District Judge