# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MARVIN W. MILLSAPS, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | 5:12-CV-00146-2-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| LEWIS SMITH, Administrator, | ) | |
| Albemarle Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2013, Order.

July 12, 2013

Frank G. Johns, Clerk
United States District Court